UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTY MUTUAL PERSONAL INSURANCE       )
COMPANY,                                )
        Plaintiff,              )
                                        )    No. 1:24-cv-1308
v.                                      )
                                        )
                                        )    Honorable Paul L. Maloney
STANLEY BLACK & DECKER, INC., *ET AL.*, )
        Defendants,             )
                                        )
and                                     )
                                        )
                                        )
STANLEY BLACK & DECKER, INC.,           )
                                        )
        Third-Party Plaintiff,  )
                                        )
v.                                      )
                                        )
                                        )
LG ENERGY SOLUTION, LTD. AND            )
LG ENERGY SOLUTION MICHIGAN, INC.,      )
                                        )
        Third-Party Defendants. )
_____  )

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Third-Party Plaintiff Stanley Black & Decker, Inc. a

Notice of Impending Dismissal (ECF No. 68) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the

third-party complaint as to LG Energy Solution, Ltd. is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated:  March 27, 2026                 /s/  Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge