UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTY MUTUAL PERSONAL INSURANCE )
COMPANY, )
            Plaintiff, )
 )    No. 1:24-cv-1308
v. )
 )    Honorable Paul L. Maloney
STANLEY BLACK & DECKER, INC., *ET AL.*, )
            Defendants, )
 )
and )
 )
STANLEY BLACK & DECKER, INC., )
 )
            Third-Party Plaintiff, )
 )
v. )
 )
LG ENERGY SOLUTION, LTD. AND )
LG ENERGY SOLUTION MICHIGAN, INC., )
 )
            Third-Party Defendants. )
_____ )

## ORDER OF PARTIAL DISMISSAL

On March 6, 2026, an Order issued for Third-Party Plaintiff Stanley Black & Decker, Inc.

to either move for entry of default against Third-Party Defendant LG Energy Solution Michigan,

Inc. ("LG"), or to show cause in writing why the case against LG should not be dismissed for lack of

prosecution (ECF No. 69).  Having heard no response:

**IT IS HEREBY ORDERED** that the third-party complaint as to LG Energy Solution

Michigan, Inc. is hereby **DISMISSED** with prejudice pursuant to Rule 41.1 of the Federal Rules of

Civil Procedure.

Dated:  March 27, 2026            /s/  Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge